IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BONITA RACHELL,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Civil Action<br>File No.: |

## PETITION FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW, Defendant Dollar Tree Stores, Inc., by and through its undersigned counsel, and it hereby files its Petition for Removal and respectfully shows this Court the following:

1.    A civil action has been filed and is now pending in the State Court of Fulton County, State of Georgia, designated as Civil Action File No. 21-EV-002168.

2.    Plaintiff filed a Summons and Complaint in the State Court of Fulton County on April 9, 2021, and Defendant Dollar Tree acknowledged service on April 29, 2021. Thus, Dollar Tree timely files this Petition for Removal.

3. Defendant Dollar Tree files herewith a copy of all process, pleadings, and orders including the Summons and Complaint in this action, pursuant to 28 U.S.C. 1446. (Attached hereto as Exhibit "A").

4. Defendant Dollar Tree is now, was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of the State of Virginia with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia, 23320.

5. Plaintiff is a citizen of Georgia. Therefore, the action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§1332, 1367, and 1441 et seq., in that there is complete diversity among the parties and the Defendant is not a resident of the State of Georgia, the Parties are not residents of the same state, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6. In Plaintiff's Complaint she claims that on August 27, 2020 she slipped and fell on a liquid on the floor of an aisle causing bodily injury. (Complaint, ¶7). She seeks damages for past and future medical expenses, past and future travel expenses, past and future pain and suffering, past and future loss of enjoyment of life, and permanent impairment. (Complaint, ¶16). She also claims injury to her right shoulder and left knee, including a lateral meniscus tear. (Complaint, ¶14). In the Complaint

she alleged incurred special damages of $14,032.91. ((Complaint, ¶15). Plaintiff has also asserted a claim for attorney's fees. (Complaint, ¶20).

7. On November 3, 2020 Plaintiff sent a formal pre-suit demand of $100,000.00 to resolve her claim stating she needs shoulder surgery and knee surgery and has suffered debilitating injuries. Plaintiff provided surgical estimates in the amounts of $68,975.03 for her knee surgery and $116,078.32 for her shoulder surgery. Dollar Tree has attached the demand letter and two surgical estimates to this Petition as Exhibit "B."

Regarding the amount in controversy of this case, in Farley v. Variety Wholesalers, Inc., the plaintiff allegedly suffered a rotator cuff tear from a slip and fall accident and incurred over $13,000.00 in medical expenses. 2013 WL 1748608 *1 (M.D. Ga. April 23, 2013). In her pre-suit demand, Plaintiff alleged the need for a complete shoulder replacement and referral to a spine surgeon for an evaluation of her lower back pain. Id. Plaintiff also characterized her pain as severe and noted that she suffers from sleeplessness and inability to eat properly. Id. The District Court stated that the Plaintiff disclosed the possibility of two surgeries that were not minor procedures. Id. at *2. While the Court understood that the surgeries had yet to occur, it is reasonable that the surgeries substantiate the plaintiff's claim for pain and suffering. Id. It was reasonable to conclude that the amount in controversy, included

hospital and physician charges, and general damages, exceeding $75,000.00. Id. Jurisdiction was deemed proper. Id.

Here, Plaintiff has alleged that she suffered such severe injuries and her medical records show treatment for knee and shoulder pain. Plaintiff has further alleged that she has endured great physical pain and mental suffering as a result of this fall. The instant case is similar to Farley, where the incurred special damages do not exceed the amount in controversy, but Plaintiff's description of her injuries, pain, and future medical treatment reasonably exceeds the amount in controversy. In the instant case the known special damages more than double the special damages in Farley. Based on nature of the Plaintiff's claimed injuries and the damages being sought in this case, Defendants have established the amount in controversy exceeds $75,000.00.

8. Defendant Dollar Tree is not a citizen of the State in which the State Court action is brought.

9. The aforementioned Georgia State Court action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332(a) and accordingly, is one which may be removed to this Court by Dollar Tree pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum

of $75,000.00 exclusive of interests and costs and is between citizens of different states.

9. Defendant Dollar Tree attaches a copy of Defendant Dollar Tree's Notice of Removal that will be filed in the State Court of Fulton County, Georgia marked as Exhibit "C."

10. This action is currently pending in the State Court of Fulton County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division. 28 U.S.C.A. § 1446(a).

WHEREFORE the Defendant prays the above action now pending before the State Court of Fulton County, Georgia be removed to this Court's jurisdiction.

This 29th day of April, 2021.

        Goodman McGuffey LLP
        Attorneys for Dollar Tree Stores, Inc.

By:   */s/ James T. Hankins, III*_____
      JAMES T. HANKINS, III
      GA Bar No. 188771
      jhankins@GM-LLP.com
      SAMANTHA M. MULLIS
      GA Bar No. 365592
      smullis@gm-llp.com
      3340 Peachtree Road NE, Suite 2100
      Atlanta, GA 30326-1084
      (404) 264-1500 Phone
      (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| BONITA RACHELL,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Civil Action<br>File No.: |

# CERTIFICATE OF SERVICE

This is to certify that I electronically filed this Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

W. Calvin Smith, II, Esq.
W. Calvin Smith, II, P.C.
3560 Lenox Road, Suite 3020
Atlanta, GA 30326
WCalvinSmithIIPC@calvinsmithlaw.com

J. Winston Kim, Esq.
W. Calvin Smith, II, P.C.
3560 Lenox Road, Suite 3020
Atlanta, GA  30326
jwkim@calvinsmithlaw.com

This 29th day of April, 2021.

                                      _/s/James T. Hankins, III_____
                                      JAMES T. HANKINS, III
                                      GA Bar No.  188771
                                      jhankins@GM-LLP.com
                                      Goodman McGuffey LLP
                                      3340 Peachtree Road NE, Suite 2100
                                      Atlanta, GA 30326-1084
                                      (404) 264-1500 Phone
                                      (404) 264-1737 Fax